**Jerry L. SPENCER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34966.**

Missouri Court of Appeals, Western District.

May 15, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 3, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Dan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion to vacate judgment and sentence entered pursuant to guilty plea.

Judgment affirmed.   Rule 84.16(b).